IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELLEY W. ANDERSON, III,

    Plaintiff,

v.                                        Case No. 4:11cv456-SPM/WCS

DAVID B. SHOAR, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 6) which recommends transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division. Plaintiff has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 6) is **adopted** and incorporated by reference into this order; and

2.  This case shall be transferred to the U.S. District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this 28th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

-2-